# RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | | |
|---|---|---|
| vs **Matthew Perna** | MAGISTRATE'S DOCKET # | 21-mj-109 |
| | DATE OF COMPLAINT | |
| | CRIMINAL DOCKET NUMBER | |
| | DATE OF INDICTMENT | |
| | STATUTE: | |

DATE ARRESTED: 1/19/21

## INITIAL APPEARANCE

| Before Magistrate | | |
|---|---|---|
| [ ] LENIHAN | [ ] EDDY | Date: 1/19/21 |
| [ ] MITCHELL | [ ] BAXTER | Time: 2:32 |
| [X] KELLY | [ ] PESTO | 3:04 |

Cassette Tape: 
Tape Index:

U. S. ATTORNEY: Jessica Smolar

1. RIGHTS EXPLAINED

*due process notice*

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read
   - [✓] Summarized
   - [ ] Reading waived
   - [ ] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [ ] Read
   - [✓] Summarized
   - [ ] Reading waived

4. COUNSEL
   - [ ] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [✓] Defendant represented by: Jeff Ingram
   - [ ] Defendant expects to retain:
   - [ ] Affidavit executed.
   - [ ] Not Qualified
   - [ ] Qualified
   - [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond: _____
   - Bond Set at: _____
   - [ ] By Consent
   - [ ] Additional Conditions Imposed:
   - [✓] By Magistrate   unsecured $10,000
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued
   - [ ] Final Commitment issued
   - Bond Review Hearing Set For: _____
   - Detention Hearing Set For: _____

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

Preliminary Exam/Rule 40/Arraignment set for: _____   Before Magistrate _____

ADDITIONAL COMMENTS: proceedings held in charging district